Elizabeth Tobin, Administratrix of Estate of Martin Tobin, Deceased, Appellant, v. Consolidated Freight Company, Appellee.

Gen. No. 44,238.

opinion filed May 24, 1948; released for publication June 8, 1948. Heth, Lister & Flynn, for appellant; Ross, Berchem & Schwantes, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

Percy Panarsky, Appellant, v. London Guarantee and Accident Company, Limited, Appellee.

Gen. No. 44,341.